UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Cesar Franco

    v.                                              Case No. 25-cv-89-JL-TSM

P/A Industries

ORDER

    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated February 19, 2026.

_____
Joseph N. Laplante
United States District Judge

Date: March 31, 2026

cc: Cesar Franco, pro se
    Counsel of Record